Second Department, August, 1967

(August 7, 1967)

Audrey K. Carlo, Appellant, v. Louis G. Carlo, Respondent.

Beldock, P. J., Ughetta, Brennan, Hopkins and Munder, JJ., concur.

(August 14, 1967)

Robert Bernstein et al., Respondents, v. Board of Appeals of Village of Matinecock, Appellant.

Beldock, P. J., Ughetta, Brennan, Rabin and Munder, JJ. concur.

In the Matter of North Manursing Wildlife Sanctuary, Inc., Respondent, v. City of Rye et al., Appellants.

Ughetta, Acting P. J., Christ, Hopkins and Nolan, JJ., concur; Brennan, J., not voting.